**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KEYBER ENRIQUE REYES SANDREA,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2071-KC** |
| **OFFICER IN CHARGE, EL PASO PROCESSING CENTER,** | § | |
| **Respondent.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On August 18, 2026, the Court granted in part Keyber Enrique Reyes Sandrea's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Aug. 18, 2026, Order 3–4, ECF No. 5.

Respondents have now informed the Court that on August 25 an IJ ordered Reyes Sandrea released on a $3,000.00 bond. Status Report, ECF No. 8; *see id.* Ex. A ("IJ Order"), ECF No. 8-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Aug. 18, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

SIGNED this 27th day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE